UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

E.H.S.O.C., Inc.,

     Plaintiff,

 -against-

HARTFORD UNDERWRITERS' INSURANCE COMPANY,

     Defendant.

STIPULATION OF DISMISSAL WITH PREJUDICE

No. 5:24-cv-00214(FJS/TWD)

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, E.H.S.O.C., Inc., and Defendant, Hartford Underwriters' Insurance Company, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action and all claims against Hartford Underwriters' Insurance Company, are hereby DISMISSED WITH PREJUDICE, and with each party bearing their own attorneys' fees and costs.

Dated:  November 5, 2024      Dated:

**LYNN LAW FIRM LLP**      **MORGAN, AKINS & JACKSON, PLLC**
*Attorneys for Plaintiffs*      *Attorneys for Defendant*

*Martin A. Lynn*         *C. Scott Rybny*
Martin A. Lynn, Esq.       C. Scott Rybny, Esq.
333 W. Washington Street, Suite 100   18 East 41st Street, 6th Floor
Syracuse, NY 13202       New York, NY 10017
Tel. (315) 474-1267       Telephone: (212) 779-2925
Email: mlynn@lynnlaw.com     Email: srybny@morganakins.com

**IT IS SO ORDERED.**

               _____
               Frederick J. Scullin, Jr.
               Senior United States District Judge

               Date:  November 25, 2204